UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JAMES LONGS BEY,                    CASE NO.: _____

     Plaintiff,

v.

SUNCOAST CREDIT UNION A/K/A/
SUNCOAST BANK; STACEY BANDY,
individually and in her official capacity,
and JOHN DOES 1-5,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW, Defendant, SUNCOAST CREDIT UNION ("Credit Union"), and individually named Defendant, STACEY BANDY, collectively, ("Defendants") by and through its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

### A. Procedural Background

1. On or about September 11, 2025, Plaintiff filed this action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 25-CA-008953 ("State Court Action"), alleging violations of various United States Codes.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

3. The Defendants were served with Plaintiff's Complaint on September 17, 2025. The initial Complaint contained only state law causes of actions.

4. On or about October 12, 2025, Plaintiff amended the initial Complaint, hereinafter, ("Amended Complaint") including the following new federal law causes of action against Defendants: Count XIV- 42 U.S.C. § 1981 and Count XV - 42 § U.S.C. 1985. [1]

5. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

### B. Grounds for Removal

6. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b) as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id*. In the Amended Complaint, Plaintiff seeks damages for alleged violations of 42 U.S.C. § 1981 and 42 § U.S.C. 1985. Moreover, any remaining claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

---

[1] Plaintiff raises similar federal claims against the United States and other named Defendants. *Bey v. U.S.*, Case Number: 8:25-cv-02358 (M.D. Fla. Sept. 3, 2025).

### C. Compliance with Procedural Requirements

7. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

8. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

9. Promptly after filing this Notice of Removal, Defendant shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, as required by 28 U.S.C. 1446(d).

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, served upon Defendants are attached hereto as **Exhibits 1-21**.

11. Trial has not commenced in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida.

12. All Defendants that have been served upon the date of filing this Notice of Removal and consent to the removal of this case.[2]

---

[2] Named Defendants in the State Court Action include: Suncoast Credit Union, Stacey Bandy, and John Does 1-5. John Does, being unidentified as Suncoast Credit Union Employees thereby consent to removal via the Credit Union's consent. As for the Hillsborough County Sherriff Offices ("HCSO") and Detective Brunelle, Plaintiff did not name these individuals and entities as parties in the case style or body of its Amended Complaint. However, in its certificate of service to the Amended Complaint, Detective Brunelle and the HCSO are listed

**COLE, SCOTT & KISSANE, P.A.**

WHEREFORE, Suncoast Credit Union respectfully requests that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

---

as Defendants/Witnesses. Notably, the State Court Action docket shows Detective Brunelle and the HCSO were not served with process, and are therefore likely mere witnesses, rather than parties, in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October 2025, a true and correct copy of the foregoing was furnished this day to Pro Se Plaintiff at the address below:

Michael Longs Bey
5337 Garden Lane Lot D
Tampa, Florida 33610
Email: Michae1@SolidSolutionLLC.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant SUNCOAST*
*CREDIT UNION and STACEY BANDY*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Telephone 813-560-2810
Facsimile 813-286-2900
Primary e-mail:
daniel.nicholas@csklegal.com
Secondary e-mail:
roxanne.cohen@csklegal.com
By:  */s/ Daniel A. Nicholas*
DANIEL A. NICHOLAS
Florida Bar No.: 0847755